**FILED**

NOV 19 2012

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 00-cr-157 (RCL) |
| | ) | |
| KEVIN L. GRAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER AS TO DEFENDANTS
LIONEL DEWITT NUNN
TIMOTHY P. HANDY, JR.
JOHN RAYNOR
RODNEY L. MOORE
KEVIN L. GRAY

Upon consideration of the decision of the United States Court of Appeals for the District of Columbia in this case (Court of Appeals No. 05-3064), it is hereby:

ORDERED that a status conference shall be held (with only counsel present, at which time the Court will decide whether to issue writs to bring the defendants to this Court) on December 17, 2012, at 10:00 A.M. It is further:

ORDERED that the Federal Public Defender designate counsel who shall appear for each named defendant at this status conference. And it is further:

ORDERED that the United States submit a proposal for the conduct of further proceeding, filed no later than December 10, 2012.

IT IS SO ORDERED.

Signed, on this day, November 15, 2012.

Royce C. Lamberth, Chief United States District Judge