UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   :
:
        Respondent,   :
:
v.   :   Case Number: 00-cr-0157 RCL
:
KEVIN GRAY,   :
:
        Petitioner.   :
:

### MOTION TO ADOPT FILING

COMES NOW Anthony D. Martin, court appointed counsel for petitioner and moves to adopt the authorities and arguments made on behalf of John Raynor; appearing as ECF Document 2726 and filed 12/01/20 for the reasons appearing below.

*Procedural Posture*

Kevin Gray was found guilty of several counts including conspiracy to distribute controlled substances, murder and racketeering. He was sentenced on March 9th, 2005. The Judgment and Commitment Order was filed on May 11th, 2005 and his Notice of Appeal was timely filed on March 17th, 2005. On July 29th, 2011, the United States Court of Appeals denied relief and the United States Supreme Court declined to grant cert on June 18th, 2012. A petition under 28 USC 2255, with the attached AO243 was filed on June 14th, 2013. By Order dated September 10th, 2020 this Court ordered counsel to show cause why the pending petition under 28 USC §2255 should not be dismissed. By Order dated November 13th, 2020 (ECF 2710) the Court ordered John Raynor to file a brief addressing the issues on remand in light of the Supreme Court's decision in *Bullcoming v. New Mexico,* 564 US 647 (2011).

*Reasons for Request*

It appears that the Order directed to Mr. Raynor was not issued to Mr. Gray. As a result, Raynor's Order did not come to counsel's attention until November 23rd, 2020, when Raynor's attorney called inquiring about the matter. At the time, the undersigned was researching and drafting a brief for submission in the consolidated First Circuit case of *United States v. Cameron Lacroix*; 19-1952 and 19-1553. That being said, it appears that Mr. Raynor and Mr. Gray are in the same posture, with respect to the issues and counts affected by the Supreme Court's decision in *Bullcoming v. New Mexico,* 564 U.S. 647 (2011).

*Prayer*

**WHEREFORE**, counsel respectfully requests that Mr. Gray be permitted to adopt the authorities and arguments made on behalf of Mr. Raynor.

.

    Respectfully submitted:
    **ANTHONY D. MARTIN, PC**


    /S/  Anthony D. Martin
    By: Anthony D. Martin, 362-537
    GREENWAY CENTER OFFICE PARK
    7474 Greenway Center Drive, Ste 150
    Greenbelt, MD 20770
    (301) 220-3700; (301) 220-1625
    Counsel for Petitioner Kevin Gray

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a copy of the foregoing Motion was sent electronically on Tuesday, December 1, 2020 to the person whose name appears below.

> **PAMELA S. SATTERFIELD, AUSA**
> Special Proceedings Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> D.C. Bar Number 421-247

/S/Anthony D. Martin

3